# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GOOLSBY, | ) | 1:13-cv-01100-BAM (PC) |
| | ) | |
| Plaintiff, | ) | ORDER RE MOTION TO SCREEN |
| | ) | COMPLAINT |
| v. | ) | (ECF No. 6) |
| | ) | |
| KIMBERLY HOLLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Thomas Goolsby ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 17, 2013. (Doc. 1.) On December 20, 2013, Plaintiff filed a motion requesting his complaint be screened. (Doc. 6.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course. Plaintiff's motion for screening of his complaint is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 16, 2014**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28