# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GOOLSBY, | ) | 1:13-cv-01100-DAD-BAM (PC) |
| Plaintiff, | ) ) | ORDER TO RECAPTION CASE |
| v. | ) ) | |
| KIMBERLY HOLLAND, et al., | ) ) | |
| Defendants. | ) ) | |

Currently this action proceeds only against Defendant Kimberly Holland. Therefore, the caption should reflect that this action no longer proceeds against Defendants Carter, Lee, Bryant, Reed, Bowen, Estrada, Steiter, or Matzen. Therefore, the caption for this case shall be as follows:

| | | |
|---|---|---|
| THOMAS GOOLSBY, | ) | 1:13-cv-01100-DAD-BAM (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KIMBERLY HOLLAND, | ) ) | |
| Defendant. | ) ) | |

IT IS SO ORDERED.

Dated: __**March 10, 2016**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE