UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>      Plaintiff,<br><br>   v.<br><br>KIMBERLY HOLLAND,<br><br>      Defendant. | Case No.: 1:13-cv-01100-DAD-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO MOTION TO STAY<br><br>(ECF No. 44)<br><br>**THIRTY (30) DAY DEADLINE** |

    Plaintiff Thomas Goolsby is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Kimberly Holland for retaliation in violation of the First Amendment.

    Previously in this matter, on February 16, 2016, Plaintiff filed a second motion to compel. (ECF No. 39.) On March 10, 2016, Defendant filed a motion for summary judgment, (ECF No. 41), and a motion for stay, (ECF No. 44). Subsequently, the Court granted in part and denied in part Plaintiff's first motion to compel, and ordered various discovery be exchanged, and that a meet and confer occur. (ECF No. 45.)

    Defendant argued in the motion for stay that all discovery, including Plaintiff's second motion to compel, should be stayed pending the outcome of the motion for summary judgment. Defendant

specifically argues that the outstanding discovery may not be necessary for deciding the pending motion for summary judgment, particularly since Holland has moved for summary judgment on the basis of qualified immunity. (ECF No. 44-1, p. 2-3.)

Plaintiff's response to Defendant's motion for stay was due on or before April 4, 2016. Local Rule 230(l). That deadline has passed, and no response has been filed.

Accordingly, it is HEREBY ORDERED that on or before thirty (30) days from the date of service of this order, Plaintiff shall file a response to Defendant's motion for stay. (ECF No. 44.) Plaintiff should specifically address whether any discovery responses that have not yet been provided are needed for responding to the motion for summary judgment. Any request for an extension of time to comply with this order will require a showing of good cause.

IT IS SO ORDERED.

Dated: **April 13, 2016**         /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE