# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, | Case No.: 1:13-cv-01100-DAD-BAM (PC) |
| Plaintiff, | |
| v. | |
| KIMBERLY HOLLAND, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendant. | |

Thomas Goolsby, CDCR # F-19778, a necessary and material witness in a settlement conference in this case on June 21, 2016, is confined in Kern Valley State Prison (KVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, **along with his legal property**, before Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Tuesday, June 21, 2016 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, KVSP, P.O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above, **along with his legal property**, to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: **April 26, 2016**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE