Case 1:13-cv-01100-DAD-BAM   Document 57   Filed 06/22/16   Page 1 of 1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLEY HOLLAND, et al., <br><br> Defendants. | Case No. 1:13-cv-01100-DAD-BAM (PC) <br><br> ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND DIRECTING THAT PLAINTIFF BE TRANSPORTED BACK TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION <br><br> (ECF No. 53) |

On June 21, 2016, the Court conducted a settlement conference between the parties, and Plaintiff appeared in person pursuant to a Writ of Habeas Corpus Ad Testificandum. The settlement conference has concluded and Plaintiff Thomas Goolsby is no longer needed as a participant in this proceeding.

Accordingly, IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Testificandum is DISCHARGED; and Plaintiff shall be transported immediately back to the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated:   **June 21, 2016**

UNITED STATES MAGISTRATE JUDGE

1