# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS GOOLSBY, | Case No. 1:13-cv-01100-DAD-BAM PC |
|---|---|
| Plaintiff, | ORDER FOLLOWING SETTLEMENT RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT |
| v. | |
| KIMBERLY HOLLAND, et al., | |
| Defendants. | |

The Court conducted a settlement conference in this action on June 21, 2016, at which the parties reached a settlement agreement. On this same date, the parties filed a stipulation for voluntary dismissal of the action.

Based upon the settlement of this action, it is HEREBY ORDERED that this Judge shall retain jurisdiction to enforce the settlement agreement reached by the parties. However, once the settlement check is distributed to Plaintiff, the Court will no longer retain jurisdiction.

IT IS SO ORDERED.

Dated:   **June 22, 2016**                                                                 

UNITED STATES MAGISTRATE JUDGE